**FILED**

Sep 23 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SAFEWAY INC.
SARAH D. YOUNGBLOOD-BATES (CSB #244304)
Sarah.Youngblood-Bates@albertsons.com
11555 Dublin Canyon Road
Pleasanton, CA 94588
Telephone: (925) 226-5561
Facsimile: (925) 226-5098

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIETA FLORES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY INC.,<br><br>　　　　Defendant. | Case No. 5:19-cv-06079-NC<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Hon. Nathanial M. Cousins |

　　The parties through this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice, of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

　　IT IS SO STIPULATED.

Dated: 8-2-2020

By: _____
　　JULIETA FLORES,
　　Plaintiff *in pro per*

Dated: 09-21-2020 | 14:56:42 PDT   SAFEWAY INC.

By: *Sarah Youngblood-Bates*
　　Sarah D. Youngblood-Bates
　　Attorneys for Defendant
　　SAFEWAY INC.

-1-　　　　　　　　　　　　　　　　Case No. 5:19-cv-06079-NC
JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE; [PROPOSED] ORDER

# [PROPOSED] ORDER

The stipulation is approved. The entire action stated herein against all parties is hereby dismissed WITH PREJUDICE, with each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: __September 23, 2020__



_____
Hon. Nathanael M. Cousins
United States Magistrate Judge, Northern District

GRANTED — Judge Nathanael M. Cousins

# PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 11555 Dublin Canyon Road, Pleasanton, California. On the date stated below, at Pleasanton, California, I served the attached document(s) on the parties in this action as follows:

************

☑ **BY OVERNIGHT DELIVERY**: By placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

☑ **BY E-MAIL**: By causing the document(s) listed above to be electronically served in pdf format on the parties indicated below.

Ms. Julieta Flores
1740 California Street, #4
Mountain View, CA 94041
(602) 668-5390
julietagfloresrupit@gmail.com

Pro se

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 23rd day of September, 2020, at Pleasanton, California.

*Melissa Shuen-Mallory*
MELISSA SHUEN-MALLORY

-6-   Case No. 5:19-cv-06079-NC

SAFEWAY INC.'S UPDATED CASE MANAGEMENT STATEMENT AND NOTICE OF SETTLEMENT